## ANNISTON E. & G. CO. V. JACKSON.

(Decided Dec. 21, 1911.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

KNOX, ACKER, DIXON & STERNE, for appellant. No counsel marked for appellee.

Per curiam. Dismissed on motion of appellant.

---

## DRAKE V. THE STATE.

(Decided Feb. 8, 1912.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. JAMES H. BALLENTINE.

BETTS & BETTS, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

Per curiam. Abated by death of appellant.